IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR NO. 2:23-cr-121-ECM-SMD |
| ) | |
| THOMAS BRAY ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on May 3, 2023, before the undersigned Magistrate Judge.  Present at this conference were **Samuel Brooke**, counsel for the defendant, and Assistant United States Attorney **Justin Jones**, counsel for the government.  As a result of the conference, it is hereby

ORDERED as follows:

1. Jury selection is set for **August 21, 2023**.   The trial of this case is set during the trial term commencing on **August 21, 2023**, **at 10:00 a.m., in Montgomery, Alabama, before United States District Judge Emily C. Marks** and is expected to last one day.

2.   There are no motions currently pending and the time set by the court for filing motions has passed.

3.  Proposed voir dire questions shall be filed on or before **two weeks before jury selection.**   Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before **two weeks before jury selection**. Motions in limine must be accompanied by a brief.  Failure to file a brief will result in

denial of the motion. Responses to motions shall be filed on or before **one week before jury selection.**

5. Proposed jury instructions shall be filed on or before **one week before jury selection.**

6. **Each party shall have available at the time of trial, for use by the court and opposing counsel, four copies of the exhibit list and four copies of each photostatically reproducible exhibit listed.**

7. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on **July 31, 2023**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **August 21, 2023**. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **August 21, 2023**, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE this 16th day of May, 2023.

_____
STEPHEN M. DOYLE
UNITED STATES MAGISTRATE JUDGE